ANDRES RODRIGUEZ GONZALEZ
1392 MONSERATE AVENUE
CHULA VISTA, CA 91911
(619) 779-5578

**FILED**

Sep 03 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ franciscoh    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES RODRIGUEZ GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendant | Case No.: **'21 CV1558 TWR DEB**<br><br><br><br>COMPLAINT |

I. **RELATED CASES**

    a. Do you have other Civil Case(s) in this or any other federal court?

    No.

    b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** (*Briefly state facts of your case. Describe how each defendant is involved and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates and places.*)

1. I am the Plaintiff in the above-entitled matter.

2. On or about July 6, 2021, I was crossing at the San Ysidro Port of Entry. My vehicle was seized by U.S. Customs and Border Protection.

3. The violation of I was charged with was under Title 18 United States Code Section 545, 21 United States Code Section 844/952(a), and Title 49 United States Code 80302 – transportation, concealment or facilitated the sale, receipt, possession, or importation of 7.90 kgs. Methamphetamine.

COMPLAINT - 1

4. I had no prior or subsequent knowledge of the Methamphetamine that was supposedly found in my vehicle.

5. I was not deported, released from incarceration, and allowed to go home. See Exhibit "A".

6. I have a residence in the United States and a rented home in Tijuana, Mexico at the time of the incident.

7. Upon returning to my rented home in Tijuana, Mexico I found that all my possessions had been stolen. I filed a report with the Tijuana Police Department.

8. My vehicle, my phone and my equipment were seized at the border. I was told that for me to claim my possessions I would have to file a petition.

9. I filed a petition for remission of the vehicle (2006 Saturn Vue, VIN: 5GZCZ33DX6S845758) and the phone. I was allowed to take possession of my tools.

10. My petition was denied.

11. I hired an attorney to assist me with a supplemental petition. The attorney charged me $3,500. I submitted support of my medical condition and financial hardship. Within the correspondence to my attorney, it was stated that "Prior to the release of the vehicle/cell phone" I was to sign a Hold Harmless Agreement to US Customs and Border Protection. See Exhibit "B"

12. My concern even more than the return of my property is the fact that I have these charges on my record of which I am not guilty. Not with the sheriff (that is who ultimately released me), but with the border patrol.

13. I am a man of limited means. I have a railroad pension and live with my daughter who allows me to pay her a nominal sum in rent.

14. I do not have the money to pay for the release of my vehicle and I am reticent to sign a Hold Harmless Agreement to the U.S. Customs and Border Protection which would absolve them.

III. **RELIEF YOU REQUEST** (*State exactly what you want the court do for you. Do not use this space to state the facts of your claim.*)

1) I would like to have my vehicle released to me without paying the storage fee.

2) I would like to have any record of my arrest cleared with the border patrol.

3) I would like to be reimbursed the $3,500 for the attorney fee that I had to pay.

4) I would like to be reimbursed $1,200 for transportation costs that I have incurred.

5) Any compensatory damages (pain and suffering) the court would deem property. (Total: $20,000)

COMPLAINT - 2

1  **IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3  ☒ Yes   ☐ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6
7  ___09/01/2021___     X __Andy Gonzalez__
   Date                       Signature
8
                         ANDRES  RODRIGUEZ  GONZALEZ
9                              Printed Name

4

COUNTY OF SAN DIEGO
**SHERIFF'S DEPARTMENT**

## CERTIFICATE OF RELEASE

Case No. _____

Booking No. **20932815**

As required by the provisions of Penal Code Section 851.6 (as amended by Stats. 1975, ch. 1117), I hereby verify that

the taking into custody of _____GONZALEZ, ANDRES_____ on ___08/21/2020___
(Subject's Name)                                                              (Date)

by the _____NARCOTICS TASK FORCE_____ was a detention only, not an arrest.

_____GONZALEZ, ANDRES_____ was released on ___08/25/2020___ by the
(Subject's Name)                                                              (Date)

__San Diego County Sheriff's Department__  pursuant to the provisions of:   Penal Code   849(b)(1) _____
(Name of Releasing Agency)                                                                                849(b)(3) _____
                                                                                                         849.5          X

Pertinent portions of Penal Code 849 can be found on the reverse side of this certificate.

Signed _____

Title _____DPT_____
(Releasing Officer or Releasing Officer's Superior Officer)

Both halves are to be signed by the releasing officer or his/her superior officer: one half is to be given to the Detained Person, the other half to be forwarded to the Records Division.

---

EX. "A"

## CUSTOMS AND BORDER PROTECTION
## HOLD HARMLESS RELEASE AGREEMENT

Customs Case Number: 2020250400292301
Property: 20006 SATURN VUE, VIN: 5GZCZ33DX6S845758/ 1 ea. Cell phone
Released to: Andres G. Rodriguez

This Agreement is made between Andres G. Rodriguez and U.S. Customs and U.S. Customs & Border Protection, Department of Homeland Security.

This Agreement is made in consideration of the return of the property described above which is the subject of Case Number shown above, and was seized for violation of Title 19 United States Code § 1595a(a) for violation of Title 21 United States Code § 844/952(a), Title 1 8 United States Code § 545 and Title 49 Code of Federal Regulations 80302 and for other consideration, the receipt of which is hereby acknowledged.

In consideration of the release of the above listed property to the above named party, I, Andres G. Rodriguez, hereby release and forever discharge the United States, its officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all action, suits, proceedings, debts, dues, contracts, judgements, damages, claims, and/or demands whatsoever in law or equity which I, my heirs, successors, or assigns, ever had, now have, or may have in the future in connection with the detention, seizure, and/or release by U.S. Customs and Border Protection of the above listed property.

I, Andres G. Rodriguez, further agree to hold and save the United States, its officers, agents, servants and employees, their heirs, successors, or assigns, harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character for or on account of any and all lawsuits or claims of any character whatsoever in connection with the detention, seizure, and/or release by U.S. Customs and Border Protection of the above listed property.
In addition, I agree to reimburse the United States, its employees, or agents from any necessary expenses, attorney's fees, or costs incurred in the enforcement of any part of this agreement within thirty (30) days after receiving written notice that the United States, its employees, or agents has incurred them.

Name: _____        Address: _____

Signature: _____    Date: _____

(See asterisk below)

_____              Subscribed before me: this ____ day of ____

CBP Officer (Print name)

_____              Notary Public (Print name) _____

CBP Officer (Signature)              Notary Public (Signature) _____

My commission expires: _____

*Either a CBP Officer or a Notary must witness the signing of this document.

Ex. "B"